Michael D. Lee (SBN 273530)
Michael.Lee@Lee-Li.com
Lee Bankruptcy & Restructuring Counsel
75 East Santa Clara Street, Suite 1390
San Jose, California 95113
408-320-5275
408-982-3285

*Attorneys for Debtor*
*Michael Anthony Mannina*

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL ANTHONY MANNINA,<br><br>DEBTOR. | Case No. 23-40197 WJL<br><br>Chapter: 13<br><br>**NOTICE REGARDING MOTION FOR ORDER CONTINUING FULL AUTOMATIC STAY**<br><br>**11 U.S.C. § 362(c)(3); Fed. Bankr. 4001; BLR 4001-2** |

**TO: THE HONORABLE WILLIAM J. LAFFERTY; THE CHAPTER 13 TRUSTEE, ALL CREDITORS; AND ALL OTHER INTERESTED PARTIES.**

    **PLEASE TAKE NOTICE** that Debtor has filed a Motion for Order Continuing Fully Automatic Stay. The Debtor is seeking an order to continue in full the protections of the automatic stay under 11 U.S.C. §362 until they would terminate under 11 U.S.C. §362(c)(1) or (2), or until further order of the Court.

    **PLEASE TAKE FURTHER NOTICE** that:

- Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 14 days of mailing the notice;

1

NOTICE AND OPPORTUNITY FOR HEARING

- Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;
- If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.
- In the event of a timely objection or request for hearing:
- The initiating party will give at least five days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

**PLEASE TAKE FURTHER NOTICE** that Motion for Order Continuing Fully Automatic Stay may be seen during regular business hours at the United States Bankruptcy Court, Clerk's Office, Northern District of California. The documents have been electronically filed and may be viewed on Pacer at www.pacer.canb.uscourts.gov. Requests for copies of the documents may be faxed to Michael D. Lee at 408-982-3285 or emailed to Michael.Lee@Lee-Li.com.

Respectfully Submitted,
Lee Bankruptcy & Restructuring Counsel

Dated: February 28, 2023            Signed: /s/ Michael D. Lee
                                                    Michael D. Lee, Esq.

2
NOTICE AND OPPORTUNITY FOR HEARING

Case: 23-40197     Doc# 12     Filed: 02/28/23     Entered: 02/28/23 11:57:37     Page 2 of 2