Michael D. Lee (SBN 273530)
Michael.Lee@Lee-Li.com
Lee Bankruptcy & Restructuring Counsel
75 East Santa Clara Street, Suite 1390
San Jose, California 95113
408-320-5275
408-982-3285

*Attorneys for Debtor*
*Michael Anthony Mannina*

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re:

MICHAEL ANTHONY MANNINA,

DEBTOR.

Case No. 23-40197 WJL

Chapter: 13

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in the City of San Jose, County of Santa Clara. I am over 18 years of age and am not a party to the within entitled action. My business address is Lee Bankruptcy & Restructuring Counsel, 75 East Santa Clara Street, Suite 1390, San Jose, CA 95113. I am familiar with Lee Bankruptcy & Restructuring Counsel's practices for collection and processing of correspondence for mailing with the U.S. Postal Service.

On the date set forth below, I caused the following document(s) to be served:

1. **Motion for Order Continuing Full Automatic Stay;**

2. **Declaration of MICHAEL ANTHONY MANNINA ISO Motion for Order Continuing Full Automatic Stay;**

3. **Notice of Hearing;**

4. **Certificate of Service**

1

Case: 23-40197   Doc# 12-1   Filed: 02/28/23   Entered: 02/28/23 11:57:37   Page 1 of 4

__X__ By CERTIFIED U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with first class Certified Mail postage thereon fully prepaid, delivering envelop to the U.S. Post Office in San Jose, California, and receiving a Certified Mail stamped receipt with date of mailing – tracking number – and delivery confirmation to the addresses in the Service List attached.

__X__ By MAIL: by placing a true copy thereof enclosed in a sealed envelope, with first class postage thereon fully prepaid, in the U.S. mail in San Jose, California, to the addresses in the Service List attached.

_____ By OVERNIGHT DELIVERY: by placing a true copy thereof enclosed in a sealed envelope, with delivery fees provided for, to an overnight delivery courier for delivery to the address in the Service List attached.

__X__ By NOTICE OF ELECTRONIC FILING "NEF": Pursuant to controlling general order(s) and local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *February 28, 2023.*

Dated: February 28, 2023                    Signed: /s/ Michael D. Lee

                                                                          Michael D. Lee

2

CERTIFICATE OF SERVICE

**SERVICE LIST**

**SERVED BY CERTIFIED U.S. MAIL**

Bank of America NA
Attn: Brian Moynihan, CEO
100 North Tryon Street
Charlotte, NC 28202-4031
(FDIC ADDRESS)

Capital One Bank, NA
Attn: Richard Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060-6293
(FDIC ADDRESS)

Citibank NA
Attn: Jane Fraser, CEO
710 East 60th Street North
Sioux Falls, SD 57104-0432
(FDIC ADDRESS)

Wells Fargo Bank, NA
Attn: Charles W. Scharf, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104
(FDIC ADDRESS)

Selene Finance LP
Attn: Joseph Pensabene CEO
9990 Richmond Avenue, Suite 400
Houston, TX 77042

**SERVICE LIST**
**SERVED BY FIRST CLASS U.S. MAIL**

See Mailing Matrix

**SERVICE LIST**
**SERVED BY NOTICE OF ELECTRONIC FILING**

Martha G. Bronitsky
13trustee@oak13.com

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

3

CERTIFICATE OF SERVICE



Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Bank of America NA
100 North Tryon Street
Charlotte, NC 28202-4031

Capital One Bank, NA
4851 Cox Road
Glen Allen, VA 23060-6293

Citibank NA
701 East 60th Street North
Sioux Falls, SD 57104-0432

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101-8619

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

 (p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo Bank, NA
101 N. Phillips Avenue
Sioux Falls, SD 57104-6714

