

Michael D. Lee (SBN 273530)
Michael.Lee@Lee-Li.com
Lee Bankruptcy & Restructuring Counsel
75 East Santa Clara Street, Suite 1390
San Jose, California 95113
408-320-5275
408-982-3285

*Attorneys for Debtor*
*Michael Anthony Mannina*

The following constitutes the order of the Court.
Signed: March 20, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

MICHAEL ANTHONY MANNINA,

DEBTOR.

Case No. 23-40197 WJL

Chapter: 13

**ORDER CONTINUING FULL AUTOMATIC STAY**

Debtor, MICHAEL ANTHONY MANNINA, has filed a motion to extend the automatic stay in this bankruptcy proceeding pursuant to 11 U.S.C. § 362(c)(3) and it appeared that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given. The court has considered the motion to extend the automatic stay, as well as the history of this case and any predecessor cases filed by debtor.

Based on the motion, Debtor's history in bankruptcy, and the full docket in any prior bankruptcy cases filed by debtor, and it appearing that the debtor has filed this case in good faith,

**IT IS HEREBY ORDERED:**

1. The automatic stay of 11 U.S.C. §362(a) is extended and imposed as to all creditors until it would terminate under section 362(c)(1) or (2), or until further order of the court.

*** END OF ORDER ***

**COURT NOTICE LIST**

None. (All parties entitled to notice are participants in CM/ECF for this case and will be served through electronic transmission of the Notice of Electronic Filing.)