Entered on Docket
August 22, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Fanny Wan (SBN 277606)
fwan@raslg.com
ROBERTSON, ANSCHUTZ, SCHNEID & CRANE, LLP
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone:(561)241-6901 ext.52286

Attorneys for Creditor
U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST

The following constitutes the order of the Court.
Signed: August 22, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Michael Anthony Mannina,<br><br>Debtor. | Case No. 23-40197-WJL<br><br>R.S. NO. RAS-1<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION GRANTING ADEQUATE PROTECTION PAYMENTS** |

The parties have agreed to the terms set forth in the Stipulation Granting Adequate Protection Payments (the "Stipulation") and are bound by the terms of their Stipulation. The Stipulation, docket number 63, is hereby approved and made an order of the court.

**END OF ORDER**

## COURT SERVICE LIST

Electronically mailed to ECF registered participants