

Sean C. Ferry (SBN 310347)
ROBERTSON, ANSCHUTZ,
SCHNEID & CRANE LLP
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (470) 321-7112
Email: sferry@raslg.com

Attorneys for Secured Creditor
U.S. BANK TRUST NATIONAL
ASSOCIATION NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCF 2 ACQUISITION TRUST

**The following constitutes the order of the Court.**
**Signed: January 17, 2025**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re

Michael Anthony Mannina,

    Debtor.

Case No. 23-40197 WJL

R.S. NO. RAS-1

Chapter 13

**ORDER ON MOTION FOR RELIEF FROM STAY**

The above-captioned Motion for Relief from the Automatic Stay of 11 U.S.C § 362 ("Motion") filed by Movant, U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns ("Movant"), to enforce its interest in the property of Debtor Michael Anthony Mannina ("Debtor"), was settled via stipulation and order thereon on August 22, 2023 (Docket Nos. 63 & 67). Subsequently, Debtor has defaulted on obligations under the Stipulation for Adequate Protection Payments. That default is evidenced in the Declaration of Felicia Frazier in support of the Motion for Relief (Docket No. 83).

Based on the moving papers, the default under the terms of the stipulation granting adequate protection payments, and for good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1) The automatic stay of 11 U.S.C. §362 is hereby modified as to Debtor and Debtors' estate as it applies to the Movant,  U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns ("Movant") for all purposes to allow Movant to exercise its rights and remedies in the property located at 2755 Eastgate Avenue, Concord, CA 94520 ("Property").

2) Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

3) The 14 day stay under Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) is waived.

4) This Order shall be binding in any and all chapters following any later conversion of this case to a case under a different chapter of Title 11 of the United States Bankruptcy Code, unless a specific exception has been provided herein.

###END OF ORDER###

## COURT SERVICE LIST

Electronically mailed to ECF registered participants