Michael D. Lee (SBN 273530)
Michael.Lee@Lee-Li.com
Lee Bankruptcy & Restructuring Counsel
475 North Whisman Road, Suite 400
Mountain View, California 94043
408-320-5275
408-982-3285

*Attorneys for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL ANTHONY MANNINA,<br><br>DEBTOR. | Case No. 23-40197 WJL<br><br>Chapter: 13<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO 11 U.S.C. §1307(b)**<br><br>*11 U.S.C. §1307(b)*<br>*Fed. R. Bankr. 1017*<br>*B.L.R. 1017-2*<br><br>[No Hearing Requested] |

**TO: THE HONORABLE WILLIAM J. LAFFERTY; MARTHA BRONITSKY, CHAPTER 13 TRUSTEE; THE UNITED STATES TRUSTEE, ALL CREDITORS; AND ALL OTHER INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:**

The Debtor, Michael Anthony Mannina, through his attorney, herby respectfully give Notice of Voluntary Dismissal Pursuant to 11 U.S.C. §1307(b) of the following:

1. On February 22, 2023, Debtor filed this voluntary Chapter 13 case.
2. Debtor's above captioned case has not been previously converted under 11 U.S.C. §§706, 1112, or 1208.

3. There are no pending motions to convert this case to another chapter of the Bankruptcy Code or dismiss this case with prejudice.

4. Debtors now wishes to dismiss his case and 11 U.S.C. §1307(b) provides the debtor the absolute right to do so.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order dismissing the Debtors' Chapter 13 Case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2025        Signed: /s/ Michael Anthony Mannina
                                     Michael Anthony Mannina

APPROVED AS TO FORM:

                             Respectfully Submitted,
                             Lee Bankruptcy & Restructuring Counsel

Dated: March 25, 2025        Signed: /s/ Michael D. Lee
                                     Michael D. Lee, Esq.